# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF KANAS

| | |
|---|---|
| **MICHAEL LIEFFRING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DEPARTMENT STORES NATIONAL BANK,** | )  Case No. 2:17-cv-02059-JWL-GEB |
| | ) |
| and | ) |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, with the consent of both named Defendants, Department Stores National Bank and Equifax Information Services, LLC, being all the parties to the case, hereby apprise the Court that the parties have reached a settlement in principle of this matter that is being documented. The settlement will, on completion, result in the dismissal of this litigation as to both parties. The parties believe the settlement will be documented and any remaining issues will be brought before the Court within 30 days of this notice.

Respectfully submitted,

**CREDIT LAW CENTER, LLC.**

Date: April 3, 2017

By: /s/ Creighton P. Mayo
**Creighton P. Mayo  #65470
255 NW Blue Parkway, Suite 200A**

          **Lee's Summit, MO  64068**
          **Telephone:  816-246-7800**
          **Facsimile:  816-523-6884**
          **creightonm@creditlawcenter.com**

          **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

This certifies that on this 3rd Day of April, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Creighton P. Mayo
Attorney for Plaintiff
