# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANAS

| | |
|---|---|
| **MICHAEL LIEFFRING,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **DEPARTMENT STORES NATIONAL BANK,** | ) Case No.  2:17-cv-02059-JWL-GEB |
| and | ) |
| **EQUIFAX INFORMATION SERVICES, L.L.C.,** | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, L.L.C.

Comes now the Plaintiff, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Michael Lieffring, by and through undersigned counsel Creighton P. Mayo, and Defendant, Equifax Information Services, L.L.C. ("Equifax"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Equifax, with each side to bear its own fees and costs.

Respectfully submitted,

**CREDIT LAW CENTER, L.L.C.**

Date: May 8, 2017

By:  /s/ Creighton P. Mayo
**Creighton P. Mayo  #65470**
**255 NW Blue Parkway, Suite 200A**
**Lee's Summit, MO  64068**
**Telephone:  816-246-7800**
**Facsimile:  816-523-6884**
**creightonm@creditlawcenter.com**

**Attorney for Plaintiff**

**And;**

**By: /s/ Gabriel Zorogastua**
**Guillermo G. Zorogastua**
**POLSINELLI, P.C.**
**900 W. 48th Street, Suite 900**
**Kansas City, MO 64112**
**Tel: (816) 753-1000**
**Fax: (816) 753-1536**

## CERTIFICATE OF SERVICE

This certifies that on this 8th Day of May, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Creighton P. Mayo<br>
Attorney for Plaintiff