# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRCIT OF KANSAS

_____

| | |
|---|---|
| MICHAEL LIEFFRING, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT STORES | )   CASE NO. 2:17-cv-02059 |
| NATIONAL BANK, | ) |
| | ) |
| and | ) |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, L.L.C. | ) |
| | ) |
|    Defendant. | ) |
| | ) |

_____

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Comes now the Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this voluntary dismissal with prejudice. Plaintiff respectfully requests the Court dismiss all claims filed against the first named defendant, Department Stores National Bank., WITH PREJUDICE, with each party to bear its own costs.

                                                        Respectfully Submitted,

                                                        CREDIT LAW CENTER, LLC

May 10, 2017

                                                        By: /s/ Creighton P. Mayo
                                                        Creighton P Mayo #65470
                                                        4041 NE Lakewood Way, Ste. 200
                                                        Lee's Summit, MO 64064
                                                        T: (816) 246-7800
                                                       F: (855) 523-6884
                                                       creightonm@creditlawcenter.com
                                                       ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th Day of May 2016, a copy of the following was sent via the Court's e-notification system to all counsel of record.

/s/ Creighton P. Mayo
Creighton P. Mayo